JOHN MILLER, PLAINTIFF, v. ANDERSON LUMBER COM-
PANY, A CORPORATION, AND NICHOLAS J. CALAS-
CIBETTA, DEFENDANTS.

Submitted January term, 1928—Decided July 7, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the rule, *Frank G. Turner.*

*Contra, Feder & Rinzler.*

PER CURIAM.

This is defendant's rule for new trial. The single reason
urged for making the rule absolute is that the damages are
excessive. There was a verdict for $2,500 in favor of the
plaintiff for personal injuries received in a collision between
defendant's automobile and the wagon in which plaintiff was
riding. Our reading of the proofs convinces us that the
damages are not so clearly excessive that the verdict should
be disturbed.

The rule for new trial is therefore discharged.